January 28, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE INTEREST OF S.A.H, A MINOR CHILD

NO. 14-12-00618-CV

_____

This cause, an appeal from the trial court's child custody modification order, signed July 10, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Crystal Taylor, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.